# United States District Court

for

District of South Carolina

## Response to Defendant's Motion

**Name of Offender:** Tradon Marquez Drayton     **Case Number:** 2:21CR00372-001

**Name of Sentencing Judicial Officer:** The Honorable James Parker Jones, U. S. District Judge
**Name of Current Judicial Officer:** The Honorable Bruce H. Hendricks, U.S. District Judge

**Date of Original Sentence:** June 16, 2006

**Original Offense:** <u>Count 5:</u> Conspiracy to Distribute Cocaine Base, in violation of Title 21 U.S.C. §§ 841(a) and 846; <u>Count 7:</u> Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18 U.S.C. § 924(c)(1); <u>Count 8</u>: Cause of Death in Relation to a Drug Trafficking Crime, in violation of Title 18 U.S.C. § 924(c)(1) and 924(j)(2); <u>Count 9:</u> Felon in Possession of a Firearm, in violation of Title 18 U.S.C. § 922(g)(1); and <u>Count 10:</u> Fire a Weapon in Furtherance of a Major Drug Offense, in violation of Title 18 U.S.C. § 36(b)(1)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 548 months, consisting of 188 months as to Counts 5, 9 and 10, all such terms to be served concurrently, followed by 60 months as to Count 7 to be served consecutively then followed by 300 months as to Count 8, to be served consecutively. This is followed by 60 months supervised release consisting of 60 months as to Counts 5, 7, 8 and 10; and a term of 36 months as to Count 9, all such terms run concurrently. The defendant was ordered a special assessment of $500.00 and fine of $2,000.00.

On June 11, 2008, the defendant was granted a reduction in his sentence, pursuant to 18 USC §3582(c)(2)/Amendment 706, to a total of 511 months. The term consists of 151 months as to each of Counts 5, 9, and 10, to run concurrently, 60 months as to Count 7 to run consecutively, and 300 months as to Count 8 to run consecutively.

On December 28, 2011, the defendant was granted a reduction in his sentence, pursuant to 18 USC §3582(c)(2)/Amendment 750, to a total of 470 months. The term consists of 110 months as to each of Counts 5, 9, and 10, to run concurrently, 60 months as to Count 7 to run consecutively, and 300 months as to Count 8 to run consecutively.

On October 4, 2018, the defendant was granted a reduction in his sentence, pursuant to 18 USC §3582(c)(2)/Amendment 782, to a total of 452 months. The term consists of 92 months as to each of Counts 5, 9, and 10, to run concurrently, 60 months as to Count 7 to run consecutively, and 300 months as to Count 8 to run consecutively.

📎Prob 12A                                                                                                                                     Page 2
(Rev. 01/2020 - D/SC)

On June 16, 2021, the defendant was granted a reduction in his sentence, pursuant to 18 USC §3582(c)(2)/First Step Act, to a total of 396 months. The term consists of 36 months as to each of Counts 5, 9, and 10, to run concurrently, 60 months as to Count 7 to run consecutively, and 300 months as to Count 8 to run consecutively.

On June 16, 2021, the defendant was granted a reduction his sentence to a total of 240 months, but not less than time served, consisting of 188 months as to Counts 5, 9 and 10, all such terms to be served concurrently, to be followed by 52 months as to Counts 7 and 8, to be served consecutively to Counts 5, 9 and 10, but concurrently with each other.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** June 21, 2021

**Previous Court Action/Notification:** On July 1, 2021, jurisdiction of this case was transferred from the Western District of Virginia to the District of South Carolina.

On February 23, 2022, the Court was notified that the U.S. Probation Office and U.S. Attorney's Office Financial Litigation Unit rectified the incorrect payment amount and address on the invoices that was sent to the defendant. U.S. Probation Office explained to Mr. Drayton he owes $100 per month and the address of where the payment is to be mailed.

On March 16, 2022, Your Honor suspended the defendant's special condition of drug treatment.

On February 6, 2024, Your Honor denied the defendant's motion for early termination from supervised release.

## SUPERVISION STATUS UPDATE

Tradon Drayton began his term of supervised release on June 21, 2021. While on supervision, the defendant has resided with his wife and stepson. He completed substance abuse treatment on July 19, 2022, and all drug screens have been negative. His supervised release is scheduled to expire on June 20, 2026.

Mr. Drayton completed the truck driver training program at Miller-Motte College on December 7, 2023. Upon graduating from the program, the defendant secured his South Carolina Commercial Driver's License. The defendant would like to begin applying to truck driving jobs in which he will be required by his employer to travel across the country making deliveries to different cities. Once the defendant secures employment, the probation officer will instruct the defendant to submit Bill of Ladings to verify his employment. As of the date of this report, the defendant has complied with the terms of his supervised release. Should the defendant fail to follow the instructions of the probation officer, then the Court will be notified.

Respectfully Submitted,

By: *Katrina Robinson-Curtis*
Katrina Robinson-Curtis
Supervising U.S. Probation Officer
Charleston Office

Date: June 5, 2024

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 3

Reviewed and Approved By:

*Kelli M. Frye* (signature)

Kelli M. Frye  
Asst. Deputy Chief U.S. Probation Officer

---

[X] Consent to Travel for Employment Granted

[ ] Consent to Travel for Employment Denied

[ ] Other

*Bruce H. Hendricks* (signature)

Bruce H. Hendricks  
United States District Judge

June 5, 2024  
Date